# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1909

_____

Joeffre Kolosky,

             Appellant,

v.

Nationwide Life Insurance Company,

             Appellee.

\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: September 22, 2010
Filed: October 5, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joeffre Kolosky appeals the district court's[1] dismissal of his diversity action in which he alleged that Nationwide Life Insurance Company improperly denied coverage under an insurance contract. After careful de novo review, *see Banks v. Int'l Union Elec., Elec., Technical, Salaried & Mach. Workers*, 390 F.3d 1049, 1052 (8th Cir. 2004), we conclude that dismissal of the suit on Minnesota-law res judicata

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

grounds was proper, *see Brown-Wilbert, Inc. v. Copeland Buhl & Co.*, 732 N.W.2d 209, 220 (Minn. 2007) (res judicata factors).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____